75 A.3d 484

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ernest SIMMONS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the evidence presented at the probation violation hearing sufficed to prove by a preponderance of the evidence the violation of probation, *viz,* the general condition of refraining from assaultive behavior, inasmuch as the threats were not communicated to the object, nor was any action taken to implement the threats.